1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   JAMES C. MANN (CABN 221603)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340-S
      Oakland, California 94612
7     Telephone:  (510) 637-3680
      Facsimile:  (510) 637-3724
8     E-Mail:    Wade.Rhyne@usdoj.gov
                 James.C.Mann@usdoj.gov
9

10  Attorneys for Plaintiff

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14  UNITED STATES OF AMERICA,          )    No. CR-09-00230 SBA
                                       )
15          Plaintiff,                 )    STIPULATED REQUEST TO AMEND
                                       )    RESTITUTION ORDER
16  v.                                 )
                                       )
17  DAVID FOSTER CRANE,                )
        a/k/a "Mark Roberts,"          )
18      a/k/a "Mark Johnson,"          )
        a/k/a "Thomas Gentry,"         )
19                                     )
                                       )
20          Defendant.                 )
                                       )
21  _____)

22         The United States, by its undersigned counsel, and defendant, David Foster Crane, by his

23  undersigned counsel, agree and stipulate as follows:

24         1.       On May 26, 2011, this Court sentenced defendant David Foster Crane to 57

25  months imprisonment and three years of supervised release.  The Court also ordered defendant to

26  pay a $50,000 fine, $34,250 in restitution (based upon the parties' agreement), and a $100

27  special assessment.  The Court's sentence is documented in the Judgment In A Criminal Case

28  filed on May 31, 2011 (Docket No. 66).

2. After sentence was imposed, the United States learned that one victim was inadvertently omitted from the restitution order. Pursuant to Title 18, United States Code, Section 3664(d)(5), the parties hereby agree and stipulate that the Judgment should be amended to order defendant David Foster Crane to pay restitution in the amount of $34,349.00.

**IT IS SO STIPULATED.**

DATED: August 30, 2011

_____/s/_____        _____/s/_____
WADE M. RHYNE                          PAUL DELANO WOLF
JAMES C. MANN                          Attorney for Defendant David Foster Crane
Assistant United States Attorneys
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00230 SBA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO AMEND RESTITUTION |
| v. | ) | ORDER |
| | ) | |
| DAVID FOSTER CRANE, | ) | |
| a/k/a "Mark Roberts," | ) | |
| a/k/a "Mark Johnson," | ) | |
| a/k/a "Thomas Gentry," | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the parties' agreement, the Judgment in the above-entitled matter shall be amended to include a restitution order in the amount of $34,349.00.

**IT IS HEREBY ORDERED**, pursuant to Title 18, United States Code, Section 3664(d)(5), that the Judgment in the above-entitled matter shall be amended to order defendant David Foster Crane to pay $34,349.00 in restitution.

DATED:_9/6/11

_Saundra B Armstrong_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge